## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CIVIL ACTION NO. 1:23-CV-00105-JHM-HBB

**PRESTON WRIGHT**                                                                    **PETITIONER**

**VS.**

**KEVIN MAZZA, WARDEN**                                                      **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus (DN 1) and the amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (DN 10) are **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 20, 2024

Copies to:      Preston Wright, *pro se*
                Counsel of Record